UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| SIERRA NEVADA CORPORATION, | ) | 3:07-CV-00532-ECR-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: March 4, 2009 |
| | ) | |
| CYBER DEFENSE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:     EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

On February 6, 2009, the Court entered an Order (#31) which gave Defendant an additional period of fifteen (15) days within which to respond to the pending Motion for Partial Summary Judgment (#29) and Motion for Default Judgment (#30). Defendant was warned that in the event it failed to comply with this Order (#31) of the Court that the Court would consider granting the said Motions (#29 and #30). Ample time has been allowed for Defendant to file a response in accordance with the Rules.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (#29) and Motion for Default Judgment (#30) are **GRANTED**.

LANCE S. WILSON, CLERK

By     /s/
       Deputy Clerk