AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

SIERRA NEVADA CORPORATION,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:07-cv-00532-ECR-VPC**

CYBER DEFENSE SYSTEMS, INC.,

    Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $777,118.68, together with costs in the amount of $166.97 for Wiley Rein LLP and $749.49 for Holland & Hart LLP, pursuant to the cost bill filed by Plaintiff and which has not been timely objected to. This judgment shall also include an award of $33,429.00 for Wiley Rein LLP and $13,184.00 for Holland & Hart LLP in attorney fees in accordance with Plaintiff's unopposed motion.

  May 15, 2009                                       **LANCE S. WILSON**
                                                                 Clerk

                                                                        /s/ P. McDonald
                                                                       Deputy Clerk